BENJAMIN B. WAGNER
United States Attorney
BAYLEIGH J. PETTIGREW
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>CHRISTINA L. LORIA,<br><br>                    Defendant. | CASE NO. 1:14-MJ-00180-BAM<br><br>ORDER RE: STIPULATION TO CONTINUE TRIAL TO DECEMBER 11, 2014 |

**ORDER**

Pursuant to the stipulation executed by the parties, the Court finds that it is in the interest of justice to vacate the trial date of November 20, 2014 and calendar arraignment on the Information for December 11, 2014 and continue the trial to December 11, 2014.

IT IS SO ORDERED.

Dated:   **November 14, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

1