# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTINA L. LORIA,<br><br>　　　　　Defendant. | Case No. 1:14-mj-00180-SAB<br><br>ORDER RE DECEMBER 11, 2014 TRIAL |

On October 14, 2014, Plaintiff filed an information charging Defendant Christina L. Loria with 36 C.F.R. § 4.2(b) assimilating Cal. Veh. Code § 21703, Following Another Vehicle More Closely Than is Reasonable and Prudent; and 36 C.F.R. 4.21(c), Operating a Vehicle at a speed in Excess of the Speed Limit. (ECF No. 1) On October 16, 2014, defendant requested a trial and a trial was set for November 20, 2014 at 1:30 p.m. On November 14, pursuant to the stipulation of the parties, the trial was continued to December 11, 2014 in order for the government to consider the defendant's request for traffic school. In this matter, the Government has denied Defendant the opportunity to attend traffic school. The matter is now set for trial.

The information that has been filed charges the same offense involving the same incident as the citation in this matter. In order to avoid further delay and inconvenience to Plaintiff and the witnesses by requiring their attendance in court on multiple days, Defendant shall be arraigned on the information on the day of trial, with the trial commencing immediately

following the arraignment.

Accordingly, IT IS HEREBY ORDERED that this matter shall proceed to trial on December 11, 2014 at 1:30 p.m. in Courtroom 9 before the undersigned.

IT IS SO ORDERED.

Dated: **December 5, 2014**

UNITED STATES MAGISTRATE JUDGE