# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>Christina L. Loria,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:14-MJ-00180<br><br>**GOVERNMENT'S STATUS REPORT ON UNSUPERVISED PROBATION FOR PRO PER DEFENDANT** |

PURSUANT to an order of this Court the Government hereby submits its status report on unsupervised probation of the pro per defendant, Christina L. Loria:

**Convicted of:** 36 C.F.R. § 4.2(b) (CVC § 21703) – Following another vehicle more closely than is reasonable and prudent.

**Sentence Date:** December 11, 2014

**Review Hearing Date:** October 1, 2015

**Probation Expires On:** December 11, 2015

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $210.00 which Total Amount is made up of a Fine: $ 200.00 Special Assessment: $ 10.00 Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $ per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:**

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

      If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $ 0.00
    ☐ If not paid in full when was last time payment:     Date: Click here to enter a date.
                                                       Amount:

☐ To date, Defendant has performed 0 hours of community service.

☐ Compliance with Other Conditions of Probation:

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 10/1/2015 at 10:00 am

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 9/30/2015    /s/ *Katherine A. Plante*
KATHERINE A. PLANTE
Special Assistant U.S. Attorney

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

DATED: Sep 30, 2015

STANLEY A. BOONE
United States Magistrate Judge